RECEIVED
IN MONROE, LA
DEC 5 - 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
DEMETRIUS ANTON BUTLER
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Criminal Number: 3:01CR30020-01

USM Number: 11008-035

Gordon N. Blackman, Jr.
Defendant's Attorney

## THE DEFENDANT:
[✓] admitted guilt to violation of condition(s) _ of the term of supervision.
[ ] was found in violation of __ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession With Intent to Distribute PCP & Cocaine | 4/11/2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.:
Defendant's Residence Address:
Defendant's Mailing Address:

COPY SENT
DATE: 12-8-06
BY:
TO: USM(3)
USM M(M-1)

December 4, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

ROBERT G. JAMES, United States District Judge
Name & Title of Judicial Officer

December 5, 2006
Date

DEFENDANT:      DEMETRIUS ANTON BUTLER
CASE NUMBER:    3:01CR30020-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 Months.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [ ] a.m.  [ ] p.m.  on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL